UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED ELECTRONICALLY

INTEGRITY MANUFACTURING, LLC
300 HIGHWAY 44E
SHEPHERDSVILLE, KY 40165

        Plaintiff                  Civil Action No. __3:08cv-546-H__

v.

SNOWBEAR LIMITED
155 DAWSON RD.
GUELPH, ONTARIO
N1H 1A4

And

THE CATALYST CAPITAL GROUP, INC.
79 WELLINGTON STREET WEST
TD BANK CENTRE
SUITE 745, P.O. BOX 212
TORONTO, ONTARIO M5K 1J3

        Defendants

**VERIFIED COMPLAINT**

I. THE PARTIES

1. The Plaintiff, Integrity Manufacturing, LLC, is, and was at all times pertinent hereto, a Kentucky limited liability company, duly organized and registered under the laws of the State of Kentucky, with its principal place of business and manufacturing facilities at 300 Highway 44E, Shepherdsville, KY 40165, in Bullitt County, Kentucky.

2. The Defendant, SnowBear Limited, is a Canadian corporation, with its principal place of business at 155 Dawson Rd., Guelph, Ontario, Canada N1H 1A4. The Defendant does business with customers and suppliers in multiple locations throughout the United States.

3. The Defendant, The Catalyst Capital Group, Inc., is a Canadian corporation doing business in the United States in its own name and through its wholly-owned subsidiary, Snowbear Limited. Its principal place of business is at 79 Wellington Street West, TD Bank Centre, Suite 3475, Toronto, Ontario, M5k 1J3.

## II.   JURISDICTION AND VENUE

3. This action is of a civil nature involving, exclusive of interest and costs, a sum in excess of $75,000. Every issue of law and fact in this action is wholly between citizens of the United States and a foreign country. This court has jurisdiction over this action pursuant to 28 U.S.C. Section 1332. Venue is proper pursuant to 28 U.S.C. Section 1391.

## III. COUNT ONE

4. The Defendant, SnowBear, on or about May 2, 2008 executed and delivered to the Plaintiff a purchase order, under which the defendant agreed to buy and the Plaintiff agreed to manufacture and sell to Defendant, 10,000 metal utility trailers, for a total price of $3,219,000. Payments due under the purchase order were guaranteed by the Defendant, Catalyst Capital. The due date for completion of shipment of the trailers by Plaintiff, and payment by the Defendant, was July 30, 2008.

5. In reliance on the purchase order, and on the guarantee of payment by Catalyst Capital, the Plaintiff entered into certain binding agreements with its materials suppliers, purchased and received into inventory several hundred thousand dollars of raw materials,

and manufactured thousands of trailers for intended delivery to the Defendant, only some of which have been shipped to the defendant.

6. The Defendant, SnowBear, has made a partial payment for trailers shipped thus far pursuant to the purchase order, but has otherwise failed and refused to take delivery of, or pay for, the balance of trailers ordered under the purchase order.

7. The Defendant has breached the contract by its failure and refusal to take delivery of the trailers ordered, and further by its failure and refusal to make the payment due to Plaintiff under the agreement.

8. As a result of the breach by Defendants, Plaintiff has suffered and will suffer in the future, damages in the form of lost profits, loss of supplier relationships and industry reputation, and out of pocket costs for labor and raw materials expended or for which Plaintiff may be liable in the future.

## IV. DEMAND FOR RELIEF

Plaintiff therefore demands:

1. Judgment against the defendants jointly and severally, in an amount to be determined at trial in an amount in excess of $75,000 but not to exceed $3,219,000;

2. A trial by jury of all issues so triable;

3. Interest at the rate of 8% per annum from July 30, 2008 until the date of judgment, plus interest at the legal rate thereafter;

4. Its costs expended herein;

5. All other relief to which Plaintiff may appear entitled.

## V. VERIFICATION

I, Randall S. Waldman, acting as CEO of the Plaintiff, Integrity Manufacturing, LLC, state that I am the Managing Member of that limited liability company, that I am authorized to file the above Complaint on behalf of the company, that I have read and know the contents of the Complaint, and that they are true and correct to the best of my knowledge and belief.

_____
Randall S. Waldman

Date: 10/08/08

Respectfully submitted,

_____
Jonathon N. Amlung
Attorney for Plaintiff
616 S. Fifth St.
Louisville, KY 40202
(502) 582-2424
jonathon@amlung.com