UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**INTEGRITY MANUFACTURING, LLC**　　　　　　　　　　　*Electronically Filed*
　　**PLAINTIFF**

**V.**　　　　　　　　　　　　　　　　　　　　　Civil Action No.  (3:08-cv-00546-JGH)

**SNOWBEAR LIMITED, et al.**
　　**DEFENDANTS**

PROPOSED ORDER OF VOLUNTARY DISMISSAL
BY STIPULATION OF THE PARTIES

\* \* \* \* \* \* \* \* \* \*

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

The Plaintiff having agreed and stipulated that all claims involving these Defendants should be dismissed with prejudice as settled, and

The Defendants having agreed and stipulated that the claims against them should be dismissed with prejudice as settled, and

No counterclaims having been filed by the Defendants against the Plaintiffs,

**IT IS HEREBY ORDERED** that all actions by and against the Defendants listed herein are hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Parties shall bear their own costs and attorney fees.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JUDGE, United States District Court


　　　　　　　　　　　　　　　　　　　　　Date:_____

Tendered by:


/s/ JONATHON N. AMLUNG_____
**JONATHON N. AMLUNG**
*Attorney for Plaintiff*
616 S. Fifth Street
Louisville, KY  40202
(502) 582-2424
jonathon@amlung.com


Agreed to:


/s/ JUSTIN D. CLARK (with Permission)
Douglas C. Ballantine
Justin D. Clark
STOLL KEENON OGDEN PLLC
*Attorneys for Defendants*
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
Tel: (502) 333-6000
Fax: (502) 333-6099
E-mail: douglas.ballantine@skofirm.com
E-mail: justin.clark@skofirm.com